# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| **Durrell Warren Cornish and Nicola Campbell,** | Case No. 2:16-4016-PMD |
| **Plaintiffs,** | |
| vs. | **ORDER OF REMAND** |
| **Government Employee Insurance Corporation,** | |
| **Defendant.** | |

This matter is before the court upon plaintiff's motion to remand filed on April 23, 2018. On April 27, 2018, notice of defendant's consent to remand was filed.. It appearing that the parties agree that remand is appropriate in this case, now therefore,

**IT IS HEREWITH ORDERED** that the within case is remanded to the Court of Common Pleas in Charleston County for further adjudication and disposition.

**IT IS SO ORDERED** this 8th day of May, 2018.

_____
PATRICK MICHAEL DUFFY
United States District Judge

Charleston, South Carolina